

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MALCOLM KLINE FITZGERRELL, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-059 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Petitioner is hereby ORDERED to amend his Petition for Coram Nobis. Petitioner will not be allowed to proceed further until he has amended his Petition and set forth "a full disclosure of the specific facts relied on for his Petition for Writ of Coram Nobis; otherwise, the petition [should be] denied." *United States v. Marcello,* 202 F.Supp. 694, 696-97 (E.D.La.1962) (citing *Hysler v. State of Florida,* 315 U.S. 411, 316 U.S. 642, 62 S.Ct. 688, 86 L.Ed. 932 (1942); *Stephens v. U.S.,* 246 F.2d 607 (10th Cir. 1957); *United States v. Tribote,* 297 F.2d 598, 601 (2nd Cir. 1961)). Petitioner has 45 days from the date of this Order to comply.

DONE in Brownsville, Texas this 5th day of September, 2000.

Felix Recio
United States Magistrate Judge