9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MALCOLM KLINE FITZGERRELL | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-059 |
| UNITED STATES OF AMERICA | § § § | |

## ORDER

THE COURT on this 6th day of November 2000, considered Petitioner Malcolm Kline Fitzgerrell's Motion for an Extension of Time to File Objections to the Magistrate's Report. The Motion is GRANTED. Petitioner has until November 16, 2000 to file his objections.

Additionally, this Court has reviewed Petitioner's Brief in Support of Post Conviction Petition for Writ of Error Coram Nobis Pursuant to 28 U.S.C. § 1651, despite its untimely filing, and is of the opinion that Petitioner's Motion for Reconsideration of Magistrate's Report should be DENIED.

While it is possible that Petitioner's conviction might prevent him from reentering this country, Petitioner continues to provide no legal authority to support that possibility. Petitioner also fails to provide any legal authority to suggest that this possibility would constitute a civil disability. Finally, Petitioner's above-referenced Brief incorrectly cites case law, argues irrelevant points, and relies heavily upon a case that was reversed years ago.

Accordingly, Petitioner's Motion for Reconsideration of Magistrate's Report is hereby DENIED.

DONE in Brownsville, Texas this 6th day of November 2000.

Felix Recio
United States Magistrate Judge