11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MALCOLM KLINE FITZGERRELL, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-059 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

2.  Petitioner Malcolm Kline Fitzgerrell's Writ of Coram Nobis (Pleading No. 1) is hereby DISMISSED; and

3.  Petitioner's Motion to Require Government to Answer (Pleading No. 4) is DENIED as moot.

DONE in Brownsville, Texas this 13 day of December 2000.

Hilda Tagle
United States District Judge